IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

YVON MONCHER,

    Plaintiff,

v.                                        1:14cv226-WS

STATE OF FLORIDA,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed December 5, 2014.  The magistrate judge recommends that the plaintiff's case be dismissed as frivolous and as barred by the three-strikes rule.  The plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference in this order.

2.  The plaintiff's complaint, and this action, are hereby DISMISSED WITHOUT PREJUDICE.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this   12th   day of    January   , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE